ROBERT E. COURTNEY  (Cal Bar. No.30858)
Attorney at Law
   120 Fisherman's Wharf
   Redondo Beach, California  90277
   Telephone:  (310) 376-0922
   Facsimile : (310 )374-2647
   Email:     robertcourtney@mminternet.com

Attorney for Defendant
DENISE KIM

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CR 18-CR-739-PA |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORTS IN THE CUSTODY OF PRETRIAL SERVICES** |
| v. | |
| DENISE KIM | |
| Defendant. | |

    IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Matthew O'Brien, Assistant United States Attorney, that the Court issue an order for the return of the defendant, Denise Kim's two passports to defense counsel, Robert E. Courtney ESQ.  Both passports are in the possession of Pretrial Services for the Central District of California.

    On January 8, 2019, defendant Denise Kim made her initial appearance before then Magistrate Judge Michael R. Wilner.  She was ordered released on a $5,000 unsecured bond with pretrial supervision and conditions (Dkt. Nos. 17 - 20)

    On January 14, 2019, the Court received two passports of

1

Denise Kim (Dkts. No 23 & 24) and she surrendered both a USA passport and a Foreign Passport.

On February 7, 2020, defendant was sentenced to 36 months probation.

Due to the defendant making all appearances and now has been Sentenced, the defendant requests that the Court order Mr. Fernando Barfalto of Pretrial Services for the Central District of California to return both Denise Kim's passports to her defense counsel, so that he can arrange to return the passports to his client.

Respectfully submitted,

/s/ Robert E. Courtney

---

Robert E. Courtney                            Date: March 12, 2020
Attorney for Defendant,
DENISE KIM

Approved by phone call from AUSA
Matthew O'Brien to Robert Courtney ESQ
On  03/11/2020
---
Matthew O'Brien                              Date: March 12, 2020
Assistant U.S. Attorney

\\

\\

\\

\\

\\

\\

\\

\\

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, IT IS ORDERED that U.S. Pretrial Services agency return any lawfully issued passports to defendant Denise Kim's attorney.

IT IS SO ORDERED.

Dated: March 12, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

3